

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00817-CR

Jayson Robert **SPONABLE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Guadalupe County, Texas
Trial Court No. CCL-16-1291
Honorable Frank Follis, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 27, 2018.

_____
Marialyn Barnard, Justice